IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
01 NOV 14 PM 2:04
CLERK U.S. DIST. COURT

CAROLINA CASUALTY INSURANCE COMPANY,

Plaintiff,

v.

INNUITY, INC.,

Defendant.

Civil Action No.: 01-CV-1840 MJD/JGL

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

STIPULATION

Plaintiff Carolina Casualty Insurance Company and Defendant Innuity, Inc., through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action in United States District Court for the District of Minnesota on October 9, 2001;

WHEREAS, Defendant Innuity needs additional time to investigate the factual basis for the claims in Plaintiffs' Complaint; and

WHEREAS, Defendant Innuity, Inc. seeks an extension of time to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties hereby stipulate that Defendant Innuity, Inc. may have until November 26, 2001 to answer or otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this extension.

FILED NOV 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: November 14, 2001.

MEAGHER & GEER, PLLP

By [signature]
Charles E. Spevacek (#126044)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402-3788
(612) 338-0661

ATTORNEYS FOR PLAINTIFF

Dated: November 14, 2001.

MASLON EDELMAN BORMAN & BRAND, LLP

By [signature]
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that Defendant Innuity, Inc. shall have until November 26, 2001 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

BY THE COURT:

[signature]
United States Court Magistrate Judge

Dated: Nov. 15, 2001.

173720

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500