253658

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-184■MJD/JGL 1840 Case Title: Carolina Casualty Insurance v. Innuity

### Affidavit of Movant

I, Charles Spevacek ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Stephen A. Watson , an attorney admitted to practice in the United States District of California ,but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant Carolina Casualty Insurance in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 126044 11-19-01
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Stephen A. Watson , am currently a member in good standing of the U.S. District Court for Central District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stephen A. Watson [signature] November 15, 2001
Type/Print Name Signature Date

Attorney License Number: 137804
Law Firm Name & Address: HYLAND & WATSON LLP
32123 Lindero Canyon Road, Suite 215
Westlake Viallge, CA 91361
Telephone: (818) 706-3695

Motion Granted: [signature] NOV 20 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK