IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INNUITY, INC.,<br><br>Defendant. | Civil Action No.: 01-CV-1840 MJD/JGL |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

STIPULATION

Plaintiff Carolina Casualty Insurance Company and Defendant Innuity, Inc., through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action in United States District Court for the District of Minnesota on October 9, 2001;

WHEREAS, Defendant Innuity needs additional time to investigate the factual basis for the claims in Plaintiffs' Complaint and to investigate possible third party claims it may have related to the allegations in Plaintiffs' Complaint; and

WHEREAS, Defendant Innuity, Inc. seeks a further extension of time to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties hereby stipulate that Defendant Innuity, Inc. may have until December 10, 2001 to answer or otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this extension.

NOV 2 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 26, 2001.

MEAGHER & GEER, PLLP

By ______________________
Charles E. Spevacek (#126044)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402-3788
(612) 338-0661

ATTORNEYS FOR PLAINTIFF

Dated: November 26, 2001.

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that Defendant Innuity, Inc. shall have until December 10, 2001 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

BY THE COURT:

Dated: NOV 27, 2001.

______________________
United States Court Magistrate Judge

175617