IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, Plaintiff, | ) | Civil Action No.: 01-CV-1840 MJD/JGL |
| v. | ) | **ORDER** |
| INNUITY, INC., Defendant. | ) | |

The above entitled matter came duly on for hearing before the Honorable Magistrate Judge Jonathan G. Lebedoff of the above-named court on the 3rd day of September, 2002, upon Maslon Edelman Borman & Brand's motion to withdraw as counsel for Innuity, Inc.

The Court, having heard the arguments of counsel, and based on all the files, records, affidavits and proceedings herein:

**IT IS HEREBY ORDERED**

1. Maslon Edelman Borman & Brand's motion to withdraw as counsel for Innuity, Inc. is granted. (Doc. #14).

Sept. 3, 2002

BY THE COURT:

Jonathan G. Lebedoff
United States Magistrate Judge

FILED 9-3-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK