IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CAROLINA CASUALTY INSURANCE COMPANY

Plaintiff,

v.

INNUITY, INC.,

Defendant.

Court File No.: 01-CV-1840 MJD/JGL

**ORDER GRANTING WAIVER OF NOTICE REQUIREMENT**

The above-entitled matter came on for review before the Honorable Jonathan Lebedoff, Judge of United States District Court, District of Minnesota, via a letter request by Plaintiff for waiver of Local Rule 7.1 (b)(1).

The court, having heard the arguments of counsel, and upon the files, records, and proceedings herein states that;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a waiver of the Local Rule 7.1 (b)(1) notice requirements for briefing of dispositive motions is GRANTED.

Dated: Sept. 12, 2002

Jonathan Lebedoff
Judge of District Court

989231.1

FILED 9-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK