**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carolina Casualty Insurance Company,

Plaintiff,

v.

Innuity, Inc.,

Defendant.

Civ. File No. 01-1840 (MJD/JGL)

**ORDER**

This matter is before the court upon Plaintiff Carolina Casualty Insurance Company's Amended Motion for Summary Judgment and Motion for Voluntary Dismissal of Claims Without Prejudice Under Federal Rules of Civil Procedure Rule 41(a)(2).

**1. Summary Judgment**

The record reflects that on September 3, 2002, Magistrate Judge Jonathan Lebedoff granted the motion of Maslon Edelman Borman & Brand to withdraw as counsel for Innuity, Inc. on the condition that Innuity would not oppose Carolina Casualty's motion for summary judgment in this matter. Then attorney for Defendant, R. Christopher Sur, testifies that Innuity, Inc. has ceased all business operations and has pledged all of its remaining assets to its secured lenders. Further, that Innuity, Inc. has ceased defending this legal action and does not oppose Plaintiff's Motion for Summary Judgment. (Sur Aff. ¶¶ 4-6). Based on the foregoing, the Court grants Plaintiff's Motion for Summary Judgment.

FILED 3-5-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**2. Voluntary Dismissal**

Plaintiff moves to voluntarily dismiss without prejudice Count 4 (Fraud) and Count 5 (Negligent Misrepresentation) of Plaintiff's Complaint against Defendant. The Court grants the dismissal.

Based on the submissions of the parties, the file, record and proceedings herein,

**IT IS HEREBY ORDERED**:

1.) Plaintiff's Motion for Summary Judgment on Counts 1, 2, 3, and 6 (Docket # 21) is **GRANTED**.

2.) Plaintiff's Motion to Voluntarily Dismiss Without Prejudice Counts 4 and 5 of the Complaint (Docket # 1) is **GRANTED**.

Dated: 3-4-03

Michael J. Davis
United States District Court