AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Carolina Casualty Insurance Company,

V.

Innuity, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1840 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for summary judgment on Counts 1,2,3, and 6 is granted.

Plaintiff's motion to voluntarily dismiss without prejudice Counts 4 and 5 of the complaint is granted.

March 5, 2003
Date

RICHARD D. SLETTEN, CLERK

Julie M. Rustad
(By) Julie M. Rustad, Deputy Clerk

29

Modified:01/09/03